# Third District Court of Appeal

## State of Florida

Opinion filed September 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0761
Lower Tribunal No. 20-18627
_____

## 5979 Alton Road Land Trust Dated August 8, 2020,
Appellant,

vs.

## Stav Software, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Armstrong Teasdale LLP, and Eleanor T. Barnett and Marlon J. Weiss, for appellant.

Omar K. Ibrahem, P.A., and Omar K. Ibrahem, for appellee.

Before LOGUE, C.J., and EMAS and MILLER, JJ.

LOGUE, C.J.

The appellant appeals the denial of its motion for attorney's fees based upon an offer of judgment. As the appellee correctly argues, however, while

the offer may be construed as accomplishing this end, it does not, as expressly required by the rule, "state that the proposal resolves all damages that would otherwise be awarded in a final judgment in the action in which the proposal is served." Fla. R. Civ. P. 1.442(c)(2)(B). <u>See</u> <u>Knapp v. Harling</u>, 374 So. 3d 880, 882 (Fla. 1st DCA 2023) ("The problem here for Appellee is that his settlement proposal didn't state that it would resolve 'all damages' in the action.").

Affirmed.